IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  | |
|---|---|---|---|
| RONALD TYUS, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | Case No. 2:08-cv-0288-WKW | |
| | ) | | |
| BILLY WRIGHT, *et al.*, | ) | | |
| | ) | | |
| Defendants. | ) | | |

**<u>ORDER</u>**

The Magistrate Judge filed a Recommendation (Doc. # 4) that this case is due to be transferred to the Southern District of Alabama. The plaintiff does not object to the Recommendation (Doc. # 6).

After an independent review of the record, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation (Doc. # 4) of the Magistrate Judge is ADOPTED; and

2. The case is TRANSFERRED, pursuant to 28 U.S.C. § 1404, to the United States District Court for the Southern District of Alabama. The Clerk of Court is DIRECTED to take all necessary steps to effectuate said transfer.

DONE this 27th day of June, 2008.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE